**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01415-CR

**RUBEN ALEJANDRO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2
Dallas County, Texas
Trial Court Cause No. MB14-63674-M**

## ORDER

In response to our November 16, 2017 order, appellate counsel Tanya Walker has filed written verification that appellant paid or made arrangements to pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(3). In light of this, we **ORDER** the reporter's record due **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk to send copies of this order to Terri Foster Jones, official court reporter, County Criminal Court of Appeal No. 2; Holly Swinford, court reporter; Tanya Walker; and the Dallas County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE